**No. 10-8496. Akan Boyd, Petitioner v. Contra Costa Community College, et al.**

563 U.S. 906, 131 S. Ct. 1786, 179 L. Ed. 2d 658, 2011 U.S. LEXIS 2516.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 681.

**No. 10-8507. Donjuarel Yowell, Petitioner v. Blaine Lafler, Warden.**

563 U.S. 906, 131 S. Ct. 1786, 179 L. Ed. 2d 658, 2011 U.S. LEXIS 2582.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-8509. Tom Traini, Petitioner v. Cindi Curtin, Warden.**

563 U.S. 906, 131 S. Ct. 1786, 179 L. Ed. 2d 658, 2011 U.S. LEXIS 2426, ■

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-8513. Wallace C. Jones, Petitioner v. Arthur L. Rothenberg, Judge, Circuit Court of Florida, Miami-Dade County.**

563 U.S. 906, 131 S. Ct. 1787, 179 L. Ed. 2d 658, 2011 U.S. LEXIS 2529, ■

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-8517. Willie Mathis, Petitioner v. Georgia.**

563 U.S. 906, 131 S. Ct. 1787, 179 L. Ed. 2d 658, 2011 U.S. LEXIS 2537.

March 28, 2011. Petition for writ of certiorari to the Supreme Court of Georgia denied.

**No. 10-8518. Keith Russell Judd, Petitioner v. New Mexico.**

563 U.S. 906, 131 S. Ct. 1787, 179 L. Ed. 2d 658, 2011 U.S. LEXIS 2576, ■

March 28, 2011. Petition for writ of certiorari to the Court of Appeals of New Mexico denied.

**No. 10-8520. Johnel M. Bailey, Petitioner v. Ana M. Ramirez, Warden.**

563 U.S. 906, 131 S. Ct. 1787, 179 L. Ed. 2d 658, 2011 U.S. LEXIS 2562.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 409 Fed. Appx. 101.

**No. 10-8528. Curtis W. Beasley, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

563 U.S. 906, 131 S. Ct. 1808, 179 L. Ed. 2d 658, 2011 U.S. LEXIS 2487.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.